**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| JOHN and DIANE FITZPATRICK and JOHN MCKENZIE, on behalf of themselves and all others similarly situated, | Case No. 0:25-cv-04268-SRN-ECW |
| Plaintiffs, | |
| v. | **DEFENDANT UPONOR, INC.'S MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO (1) DISMISS/STRIKE PLAINTIFFS' CLASS ALLEGATIONS; AND (2) DISMISS/STRIKE PLAINTIFFS' CLAIMS** |
| UPONOR, INC., | |
| Defendant. | |

1

324146476v1

Defendant Uponor, Inc. ("**Uponor**") moves this Court for an order compelling this case to arbitration.  Alternatively, Uponor moves this Court for an order dismissing and/or striking plaintiffs John and Diane Fitzpatrick's and John McKenzie's (collectively, "**Plaintiffs**") class allegations, and dismissing Plaintiffs' causes of action, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), 12(f), 23(c)(1)(A), and 23(d)(1)(D), in Plaintiffs' Class Action Complaint.

Dated:  January 15, 2026

_____

Jeffrey M. Goldman (*Admitted Pro Hac Vice*)
William C. Mullen (*Admitted Pro Hac Vice*)
**TROUTMAN PEPPER LOCKE LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
Telephone: (213) 928-9800
Jeffrey.Goldman@troutman.com
William.Mullen@troutman.com

Virginia McCalmont (# 0399406)
**FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP**
Capella Tower
225 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 474-3300
vmccalmont@forsgrenfisher.com

Attorneys for Defendant
UPONOR, INC.

324146476v1