## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN and DIANE FITZPATRICK and JOHN MCKENZIE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>UPONOR, INC.,<br><br>                Defendant. | Case No. 0:25-CV-04268 (SRN/ECW) |
| LINDSAY HARMON, MARIBETH BORROUGHS, and SEUNGHUN KIM, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>UPONOR, INC.,<br><br>                Defendant. | Case No. 0:26-CV-01140 (SRN/ECW) |

## ORDER APPROVING PARTIES' JOINT STIPULATION
## REGARDING CASE CONSOLIDATION

This Court, having considered the stipulation for an order consolidating the above-captioned actions pursuant to Federal Rule of Civil Procedure 42(a), and setting an initial case schedule submitted by Plaintiffs John Fitzpatrick, Diane Fitzpatrick, and John McKenzie ("*Fitzpatrick* Plaintiffs"), Plaintiffs Lindsey Harmon, Maribeth Borroughs, and Seunghun Kim ("*Harmon* Plaintiffs") (collectively, "Plaintiffs"), and Defendant Uponor,

1

Inc. ("Defendant," and, together with Plaintiffs, the "Parties"), finds the above-captioned actions appropriate for consolidation under Federal Rule of Civil Procedure 42(a), and orders as follows:

1. *Fitzpatrick et al. v. Uponor Inc.*, No. 0:25-CV-04268 ("*Fitzpatrick*") and *Harmon et al. v. Uponor Inc.*, No. 0:26-CV-01140 ("*Harmon*") shall be consolidated before this Court for pre-trial proceedings and case management purposes only but not for trial at this time, pursuant to Federal Rule of Civil Procedure 42(a) (hereafter, the "Consolidated Action");[1]

2. The *Fitzpatrick* and *Harmon* actions retain their separate identities and are stayed, with all future filings made in the Consolidated Action, unless otherwise directed by the Court;

3. Plaintiffs shall file a consolidated complaint within sixty (60) days of this Order in the Consolidated Action 0:25-CV-04268 (SRN/ECW);

4. Defendant's anticipated motion to compel arbitration and strike/dismiss class and other allegations and claims from Plaintiffs' consolidated complaint ("Motion to Compel/Dismiss Claims") shall be filed within sixty (60) days of Plaintiffs' filing of the consolidated complaint;

5. Plaintiffs' opposition brief shall be filed within sixty (60) days of the filing of Defendant's Motion to Compel/Dismiss Claims;

---

[1] The Parties reserve their respective rights to seek that the *Fitzpatrick* and *Harmon* actions be consolidated for all purposes and/or to maintain their separate identities at an appropriate time.

6. Defendant's reply shall be filed within thirty (30) days of the filing of Plaintiffs' opposition;

7. The Parties shall meet and confer within seven (7) days after the filing of the consolidated complaint regarding the potential to increase the word count for the memoranda in support and reply of Defendant's Motion to Compel/Dismiss Claims, and, if appropriate, submit any stipulation about the agreed increase of the word limits provided for under the Local Rules to this Court for approval;

8. All existing hearings/conferences in the *Fitzpatrick* and *Harmon* actions currently scheduled shall be taken off calendar without prejudice to any Party;

9. The Parties shall meet and confer concerning potential phasing and/or coordination of discovery; and

10. The Consolidated Action shall be 0:25-CV-04268 (SRN/ECW), and every filing therein shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| In Re: Uponor PEX Pipes Product Liability Litigation<br><br><br>This Document Relates To: | Master File No. 0:25-CV-04268 (SRN/ECW) |
|---|---|

**The Clerk of Court is hereby directed to:**

1. File this Order in all cases identified above and reassign all cases, on a temporary basis, to Judge Susan Richard Nelson and Magistrate Judge Elizabeth Cowan Wright.

2. Add the parties and their counsel to the docket of *In Re: Uponor PEX Pipes Product Liability Litigation*, Civil File No. 0:25-CV-04268 (SRN/ECW) (the "Consolidated Action").

**IT IS SO ORDERED.**

Dated:  Tuesday, March 24, 2026              *s/ Susan Richard Nelson*
                                             Susan Richard Nelson
                                             United States District Judge

4