**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: Uponor PEX Pipes Product Liability Litigation<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. 0:25-CV-04268 (SRN/ECW) |

**ORDER DISMISSING THE EXPRESS WARRANTY PLAINTIFFS AND THE EXPRESS WARRANTY CLAIMS FROM THE CONSOLIDATED AMENDED COMPLAINT**

Before the Court is the Notice of Voluntary Dismissal of the Express Warranty Plaintiffs- Plaintiffs Denise Bowman, Lacey Bediz, and Meera Gebrael- and their Express Warranty claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Having reviewed the submission, the Court hereby orders as follows:

A. The individual claims of Plaintiffs Denise Bowman, Lacey Bediz, and Meera Gebrael shall be voluntarily dismissed without prejudice and without cost;

B. The claims brought by the Express Warranty Plaintiffs on behalf of the Express Warranty Subclass—Breach of Express Warranty (Count V) and Violations of the Magnuson-Moss Warranty Act (Count VI)—shall be stricken from the Consolidated Amended Complaint (ECF No. 51);

C. Uponor's arguments in the Motion involving the Express Warranty Plaintiffs, the Putative Express Warranty Subclass, and Counts V and VI of the Consolidated Amended Complaint shall be denied as moot.

**IT IS SO ORDERED.**

Dated: October 13, 2026

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge